EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 28 2005

at 12 o'clock and 19 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>PORSHA P. CORNELIO,<br><br>             Defendant. | CR. NO. CR05-00401 HG<br><br>INDICTMENT<br><br>[21 U.S.C. § 841(a)(1) and<br>§841(b)(1)(A)] |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about March 1, 2005, in the District of Hawaii, the defendant, PORSHA P. CORNELIO, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers,

to wit, approximately 65.9 grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATED: September 28, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Drug/Organized
  Crime Section

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

UNITED STATES V. PORSHA P. CORNELIO
Cr. No.
"Indictment"