ORIGINAL

TODD EDDINS 5544
1001 Bishop Street, Suite 1320
Honolulu, Hawai'i 96813
Telephone: 808.538.1110
Fax: 808.528.2449
E-mail: Eddins@Eddinsdefense.com
Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 19 2005

LODGED at 3 o'clock and 50 min PM
SUE BEITIA, CLERK

DEC 08 2005

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00401 HG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING TRIAL AND TOLLING TIME UNDER THE SPEEDY TRIAL ACT |
| VS. ) | |
| ) | |
| PORSHA CORNELIO, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER CONTINUING TRIAL AND TOLLING TIME UNDER SPEEDY TRIAL ACT

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury trial presently scheduled for November 28, 2005 be continued to February 14, 2006 at 9:00 a.m before the Honorable Helen Gilmor.

The stipulated continuance is based on defense counsel's need to be off-island

from November 15, 2005 to November 23, 2005, his need to further examine the factual and legal circumstances surrounding the case and prepare for trial, and his trial schedule which presently has a case set for December 5, 2005.

The Final Pretrial Conference is scheduled for January 17, 2006 at 10:00 a.m. before Magistrate Leslie Kobayashi. A pretrial conference is scheduled for February 3, 2006 at 8:30 a.m. before the Honorable Helen Gilmor. Defendants' motions are due January 3, 2006, and the Government's responses are due January 17, 2006.

IT IS FURTHER STIPULATED AND AGREED by and between the parties [HG and The Court finds] that the period beginning October 17, 2005, to and including February 14, 2006, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 1361. The Court finds that the ends of justice in continuing the trial outweigh the defendant's and public's interest in a speedy trial because the continuance allows counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, DEC 08 2005

BY: _____
BEVERLY WEE SAMESHIMA
ASSISTANT U.S. ATTORNEY

United States v. Porsha Cornelio
Cr. No. 05-00401 HG
"Stipulation and Order Continuing Trial
and Tolling Time under Speedy Trial Act

2

BY: _____
TODD EDDINS
ATTORNEY FOR PORSHA CORNELIO


IT IS SO APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, 12-16-05    .

_____
JUDGE HELEN GILMOR
U.S. DISTRICT COURT
DISTRICT OF HAWAII


<u>United States v. Porsha Cornelio</u>
Cr. No. 05-00401 HG
"Stipulation and Order Continuing Trial
 and Tolling Time under Speedy Trial Act"

3