

**ORIGINAL**

| | | |
|---|---|---|
| Shari Afuso/HID/09/USCOURTS<br>12/30/2005 11:33 AM | To | HIDml_CR Notice Group |
| | cc | David Hisashima/HID/09/USCOURTS@USCOURTS, toddeddins@verizon.net |
| | bcc | |
| | Subject | CR05-401HG, USA v. Porsha P. Cornelio |

CR05-401HG, USA v. Porsha P. Cornelio

Motion for Withdrawal of Not Guilty Plea and to Plead Anew set 1/9/06 at 2:00pm before Judge Kobayashi

AUSA: Beverly Sameshima
Def Atty: Todd Eddins

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 3 0 2005

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK