# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/9/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 05-00401HG

CASE NAME:       U.S.A. Vs. Porsha P. Cornelio

ATTYS FOR PLA:   Beverly Wee Sameshima

ATTYS FOR DEFT:  Todd W. Eddins

INTERPRETER:

JUDGE:    Leslie E. Kobayashi        REPORTER:    C7-FTR

DATE:     1/9/2006                   TIME:        2:23pm-2:43

COURT ACTION: EP: Motion for Withdrawal of Not Guilty Plea and to Plead Anew- Defendant present in Custody.

Defendant Sworn In.

Court Questions the Defendant.

Consent to Rule 11 Plea in a Felony Case before U.S. Magistrate Judge signed and filed.

Memorandum of Plea Agreement Signed and filed.

Defendant enters a Plea of Guilty as to the One Count Indictment.

Court Recommends the Acceptance of Guilty Plea and Adjudging the Defendant Guilty as to the One Count Indictment.

Report and Recommendations signed by this Court.

Defendant referred to the Probation Office for the preparation of the presentence report.

Sentence set for April 20, 2006 @1:30 p.m. before Judge Gillmor.

Detention Order to remain in effect.

Submitted by Leslie L. Sai, Courtroom Manager