IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 05-00401 HG |
| | ) | |
| Plaintiff, | ) | ACCEPTANCE OF PLEA OF GUILTY, |
| vs. | ) | ADJUDICATION OF GUILT AND NOTICE |
| | ) | OF SENTENCING |
| PORSHA P. CORNELIO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
<u>NOTICE OF SENTENCING</u>

     Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty to the one-count Indictment is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

     IT IS SO ORDERED.

     DATED: Honolulu, Hawaii, February 2, 2006.



                                        _____
                                        Helen Gillmor
                                        Chief United States District Judge

GUILTY.ACP