TODD EDDINS 5544
1001 Bishop Street, Suite 1320
Honolulu, Hawai'i 96813
Telephone: 808.538.1110
Fax: 808.528.2449
E-mail: Eddins@Eddinsdefense.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00401 HG |
|---|---|---|
| Plaintiff, | ) | DOCUMENTS RELATING TO PORSHA CORNELIO; EXHIBIT "A" |
| VS. | ) | |
| PORSHA CORNELIO, | ) | JUDGE: HONORABLE HELEN GILLMOR |
| Defendant. | ) | SENTENCING DATE: APRIL 20, 2006  1:30 p.m. |

DOCUMENTS RELATING TO PORSHA CORNELIO

Defendant Porsha Cornelio, by and through her counsel, Todd Eddins, hereby submits the following letters, denoted as Exhibit "A", on behalf of Ms. Cornelio for purposes of sentencing.

DATED: Honolulu, Hawai'i, April 17, 2006.

/S/ Todd Eddins
TODD EDDINS

1