Dear Honor,

    My name is Clyde Richard Jr. I am Porsha Cornelio's younger Brother. I'am seven years old and today I turn eight years old . I was Born on A pril 20, 1998. Through my years as I lived with my sister Porsha she has become my oldest and big sister to me. She is very Loving and caring and she has always helped me through my education And homework.. I dearly miss her not being around, Porsha has always Taught me to do well in school, and I have always done well in school.

    Although I feel she has done wrong things in her life, I would Like for the courts to reconsider her sentences and to give her another Chance. Porsha has always helped others beside helping herself, and if She is given a chance to open new horizons for herself I believe she is Capable of doing so. Thank-you for letting me share alittle bit of words From her younger brother who loves and misses her so dearly.

    Aloha,

    Clyde Richard JR.

Dear Magistrate,

    My name is Nohlelani Peters, I'am Porsha's youngest sister and is twelve years old. I attend Kaneohe Elementary School and is in the sixth grade. I have been raised with two older sisters, myself and a younger brother. Porsha is the oldest and is consider to be my big sister. I could remember how concerned she was because she always made sure that I went to school. Since September, of her arrest my family seems so empty. Porsha was always cheerful, helpful, and always made sure when situations occurred she was always there to solve them. I can also remember many situations my mom depended on Porsha because mom went to work in the evenings. As a person herself, I can also describe Porsha to be a loving and caring individual. Although she has made wrong choices in her life, I strongly feel that she should be given a second chance because people do change. Porsha never gave heself a chance to continue her education, because her friends became a strong influence. I honestly can describe the hurt and pain she is going through, because she can express her feelings more openly to me. It hurts me to see her in prison because she loved the outdoors, and I can remember how she also loved to work on engines, especially on her own car. I deeply would like to express my gratitude and respect on behalf of my big sister, Porsha who I miss so dearly and to our Magistrate that is committed to make a reasonable sentence. Thank-you once again for giving me a chance to express my thoughts.

                          Sincerely yours,

                          Nohelani Peters

Dear Majesity,

    On behalf of my daughter Porsha PuaKaleiNalani Cornelio I'am honored To address to the courts and briefly give a more perseptive outlook that may Describe alittle of her character and as a special person.

    Porsha Cornelio was born and raised in Honolulu, Hawaii she is the oldest Of two younger sisters and a younger brother, She was born on June 14, 1981. Porsha is currently at the age of Twenty-Four. She attended and graduated from Farrington High School. Throughout her years as she matured she held several Jobs working and gaining experience as a custodial worker, Porsha was raised by Her mother as she was growing up. Financially she became independent and made Her own choices, As a parent I have always encouraged her to strive for the best.

    Through the years.she wanted to continue her education and to major In Bussiness Management, she was unable to achieve her goals, On the otherhand She has gained the experience to learn computer skills and much of her learning She has gained on her own. I have truly seen the determination and efforts within Her and strongly believe she is able to achieve her goals someday.

    Porsha also grew interest of spending her time outdoors, and especially Working with her hands and enjoying what she did best in Working on cars she Enjoyed. and spending time with her family and friends. As a parent and a friend She has admitted to making wrong choices in life which she faces, and is truly Sorry for what she has done. Since she has now realized how important freedom Is, her change of thinking has been more clear and wiser. I believe that people can Change and if given a second chance to be brought back to society I can assure You that Porsha now realizes how precious her family and love ones can be.

    Since her incarseration, she has found a spirtual side within her , as she Continues to seek and have faith in the Lord ,Porsha has become a stronger individual. As a person and a daughter she is also a caring and loving individual. On behalf To end this letter I Joyce Cornelio mother of Porsha Cornelio would like the courts To consider this letter and hope this may lighten a outlook of a lighter sentence.

                                      Sincerely yours,

                                        Joyce N. Cornelio

4/8/06

Dear Magistrate,

On Behalf of a dear and close friend, I Deeana Pice would like to address a few words that will describe how wonderful and special Porsha is, whom I grew very found of for the six year that I have known her. Since I've known Porsha our relationship became very intimate, She is a young, bright and intelligent person. She can be describe to have been a big sister. She is the oldest of two younger sisters and one younger brother.

Porsha was born and raised in Honolulu, Hawai'i, currently is Twenty-Four Years old, and graduated from Farrington High School. Her father and mother separated in 1993, She was raised by her mother who is very supportive. Her family was very nuturing, and loving. As years past Porsha managed to take on her own responsibilites and provided for herself and family.

Porsha grew interest in computering, and mechanical skills which she gained on her own. Through the years,

Porsha expectations was to continue her education into college and to major into Bussiness Management.

Unfortunately, her friends became a strong influence in her life, I can ensure you as a friend, Someday Porsha will achieve her goals and dreams. She has found a spirtual side within herself, and attends Bible Study.

With the grace of God, my prayers are with her, and hope that she will be given a second chance. Porsha has expressed her true feelings and is sorry for what she has done.

I Deeana Pico would like to Thank-you for allowing me to share a few words that may be taken into consideration, I hope this letter can give you a better persepctive outlook within my friend whom her love ones misses so Dearly.

Thank-you

Deeana Pico

Dear Honorable Judge,

On behalf of my older sister Porsha Cornelio, I would like to adress the court with great qualities that best describes her.

Porsha and I were closer than most sisters. We would do everything for eachother. Since she was the oldest she always made sure that her family was taken care of. Family was very important to Porsha and I know that she never loved anything else more than her family. My sister has a heart of gold and she ain't afraid to express it. She's also a caring person that would try her best to help anyone in need.

Growing up with Porsha has been an experience in itself. She has gained much knowledge throughout her life. She became an independent women and made her own decisions. Porsha developed a skills such as repairing vehicles internally and externally. She devoted much time and effort in her craft. Her hobbies that she loved to do were playing on her computer, listening to music and hanging out. Porsha enjoyed all instances where she could rest and relax.

Not having my sister around takes away her opportunity to accomplish her goals and dreams. Porsha is a very strong minded women and deserves a second chance at life. She has admitted to her mistakes and realizes that doing wrong won't make things right. My sister is a blessing and now dedicates her life to the Lord. My family and I pray every day for her well-being and safe return.

In Conclusion, I would like to ask the court with much compussion to consider her sentencing her in a less matter. I truly believe that Porsha Cornelio is a loyal and honest person and deserves to be here with her family that deeply loves her.

THANK YOU
NATASHA CORNELIO

To Whom It may concern,

My name is Mario Martinez and I was currently in the United States Army. I was born and raised in Rialto, California. While stationed in Hawaii for four years I met Porsha's younger sister and soon became part of their family. So In other words Porsha Cornelio is like a sister to me.

When I first met Porsha I was impressed on what kind of person she was and how she carried herself. It's rare that you meet a person with much passion and confidence. As I got to know her more and more I could sense that she was meant to do something great with her life. Porsha is a special person overall, she's smart, funny and has a honest personality. She's the type of person you wish could be your friend. She's giving and caring and she would help you out as much as she possibly could. Porsha has many skills in areas such as electrical and mechanical repairs. She likes to challenge herself and master her skills. I know she likes to work with cars because I seen her repair engine problems like alternators and starters. She also knows how to install radio systems in the interior of the cars. Porsha is a very talented person.

Your honor please give her an opportnity to shine. She had made some wrong decisions but now learned from them. Her friends played a big role in her influence. She now realizes who her real friends are and shouldn't make the same mistakes twice. It would really be a shame to remove someone like her from our society. She's a good person that needed a little help. I would like to suggest →

a rehabilitation center for her to clear her mind and focus on a better life. Having freedom will give her the chance to fufill her dreams and become someone.

Thank you for your time
Mario Martinez