# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 20, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00401HG |
| CASE NAME: | U.S.A. vs. PORSHA P. CORNELIO |
| ATTYS FOR PLA: | Beverly Wee Sameshima |
| ATTYS FOR DEFT: | Todd W. Eddins |
| U.S.P.O.: | Malia Eversole |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | April 20, 2006 | TIME: | 1:30 - 1:55 |

COURT ACTION: SENTENCING AS TO COUNT 1 OF THE INDICTMENT - GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE AND SENTENCING RECOMMENDATION -

   The defendant is present in custody.
   The Memorandum of Plea Agreement is accepted.
   The Court finds that the defendant qualifies for the "safety valve" provision as set forth in 18 U.S.C. Section 3553(f)(1)thru(5).

   Joyce Cornelio, the defendant's mother, addressed the Court.
   Allocution by the defendant.

   The Government's Motion for Downward Departure is GRANTED.

   ADJUDGED: Impr of 57 mos.

   SUPERVISED RELEASE: 5 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.  That the defendant not possess illegal controlled substances (mandatory condition)

4.  That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5.  That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision.

6.  That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.  That the defendant execute all financial disclosure forms and provide the Probation Office access to any requested financial information.

8.  That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special assessment: $100.
Advised of rights to appeal the sentence.
RECOMMENDATIONS: That the defendant participate in the 500-Hour Comprehensive Drug Treatment Program and educational/vocational training programs.

Submitted by: David H. Hisashima, Courtroom Manager